UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JESSE LEE EDWARD JONES,      )
                             )
                Plaintiff,   )        No. CV-10-190-LRS
                             )
         vs.                 )        **ORDER OF DISMISSAL**
                             )
TIRE DISTRIBUTION SYSTEMS,   )
                             )
                Defendant.   )
_____ )

Because the Plaintiff has not had new counsel file a notice of appearance on his behalf, nor has he filed a notice of intent to proceed *pro se* within thirty (30) days as required by the "Order Granting Motion For Withdrawal Of Counsel" (Ct. Rec. 9), the captioned action is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  The District Executive is directed to enter this order and forward copies to counsel of record for the Defendant and to the Plaintiff at his last known address: 405 W. Bellwood Drive Apt. 66, Spokane, WA 99218. The file shall be CLOSED.

**DATED** this____14th____of February, 2011.


                              *s/Lonny R. Suko*
                    _____
                              LONNY R. SUKO
                         United States District Judge

**ORDER OF DISMISSAL-**          **1**